UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:   Maria Del Carmen Valdes                    Case No: 14-14947-RAM
                                                    Chapter 13

_____Debtor_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property [25] and Notice of Hearing [26] was sent to all interested parties on April 25, 2014 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Maria Del Carmen Valdes
8851 NW 119th Street #4411
Hialeah, FL 33018-7922

| | |
|---|---|
| EverHome Mortgage Company<br>c/o Gary Meeks, CEO<br>8100 Nations Way<br>Jacksonville, FL 32256-4405 | EverHome Mortgage Company, R.A.<br>CT Corporation System<br>1200 South Pine Island Rd<br>Plantation, FL 33324 |

EverHome Mortgage Company
c/o Gary Meeks, CEO
501 Riverside Ave, 12th Floor
Jacksonville, FL 32202

Via Certified Mail:

| | |
|---|---|
| Bank of America, N.A.<br>P.O. Box 26012<br>Greensboro, NC 27410 | Bank of America, N.A.<br>c/o Brian Moynihan, CEO<br>100 N. Tryon Street<br>Charlotte, NC 28255 |
| Bank of America Corporation<br>CT Corporation System, R.A.<br>1200 South Pine Island Road | Bank of America Corporation<br>Brian T. Moynihan, CEO<br>401 N Tryon ST, NC1-021-02-20 |

Plantation, FL 33324                                             Charlotte, NC 28255

Bank of America
Attn: Bankruptcy Department
7105 Corporate Drive
Mail Stop TX2-983-03-02
Plano, TX 75024-4100

 

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
 Robert Sanchez, Esq., FBN#0442161