# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **MARIA DEL CARMEN VALDES**    JOINT DEBTOR: _____    CASE NO.: 14-14947-RAM
Last Four Digits of SS# XXX-XX-0823    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $ _150.00_ for months _1_ to _60_;
- B. $_____ for months _____ to _____;
- C. $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650 (+775.00 Motion to Value)= $4,425.00    TOTAL PAID $1,800.00
Balance Due $ 2,625.00 payable $ 105.00 /month (Months 1 to 25 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____    Arrearage on Petition Date    $_____
Address:_____    Arrears Payment $_____/month (Months ____ to ____)
                                   Regular Payment $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America Account No.682184005518099 $70,376.42 | Propety Address: 8851 NW 119th St., #4411 Hialeah, FL 33018 Value $82,000 Appraisal by: PMR Appraisals Inc. | 0 % | $ 0.00 | 1 To 60 | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____ Total Due $_____
                   Payable $_____/month (Months___ to ___) Regular Payment $____

Unsecured Creditors: Pay $ _30.00_ /month (Months _1_ to _25_ ), $ _135.00_/month (Months _26_ to _60_ ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will continue to pay 1st mortgage outside of the plan to Everhome Mortgage Company (Account No.XXX-3568) on property located at 8851 NW 119th Street, #4411, Hialeah, FL 33018.

Debtor will continue to pay Ally Financial ( Account No. XXX-____ outside of the plan for the 2010 Chevrolet Malibu)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Maria C. Valdes    _____
Debtor                                                  Joint Debtor
Date: 4/25/2014        Date:_____

LF-31 (rev. 06/02/08)